UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSHUA WREN,

        Plaintiff,

   v.                                              Case No. 21-C-348

JOHN DOE, et al.,

        Defendants.

---

## DECISION AND ORDER

---

Plaintiff Joshua Wren is a prisoner confined at Stanley Correctional Institution who is representing himself in this 42 U.S.C. §1983 case. On March 18, 2021, he filed a complaint, but he did not pay the civil case filing fee. On April 12, 2021, the Court ordered Wren to either pay the $402 filing fee or move to proceed *in forma pauperis* by May 6, 2021. Dkt. No. 6. The deadline passed and Wren neither paid the fee nor moved to proceed *in forma pauperis*, so the Court dismissed the case.

On May 28, 2021, Wren filed a motion for reconsideration. Dkt. No. 9. He asserts that he made a mistake and did not want the case to be dismissed. According to Wren, he "wanted the Court to allow [his] filling out application as indigent [sic], to commence the action." *Id.*

Wren still has not complied with the Court's order that he either prepay the full $402 filing *or* file a motion to proceed without prepaying the filing fee along with a copy of his trust account statement covering the period of September 18, 2020 through March 18, 2021 (the date he filed his complaint). The Court will give Wren one final opportunity to comply. Simply telling the

Court he is indigent and wants to proceed *in forma pauperis* is insufficient. He *must* file the required documents if he wants to proceed with this case.

The Court will not yet rule on Wren's motion for reconsideration. If he files the required documents by **July 1, 2021**, the Court will grant his motion for reconsideration, reopen the case, and screen his complaint. However, if the Court does not receive the required documents by the deadline or if Wren fails to inform the Court why he is unable to comply, the Court will deny his motion for reconsideration and this case will remain closed.

The clerk's office will enclose a copy of the form entitled "Prisoner Request to Proceed in District Court without Prepaying the Full Filing Fee" along with this decision.

**SO ORDERED** at Green Bay, Wisconsin this 3rd day of June, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge